## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

IN RE:

Russell Blair Sitler
and
Sheila Jane Sitler
    Debtor(s)

CASE NO.: 08-10431-RLJ-13

HEARING DATE: December 4, 2013
HEARING TIME: 11:00 AM

### DEBTOR CERTIFICATION AND
### MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
### PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor moves for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

    A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

    B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

    C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

    D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

    E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan including direct payments.

Signed: /s/Russell Blair Sitler
Debtor

/s/Sheila Jane Sitler
Joint Debtor

/s/Monte J. White
Attorney for Debtors

## NOTICE OF HEARING

A HEARING WILL BE HELD ON December 4, 2013 AT 11:00 AM AT THE FOLLOWING ADDRESS: 341 Pine St., Room 2201, Abilene, TX 79601.
IF A RESPONSE IS FILED, A PRE-HEARING CONFERENCE SHALL BE HELD ON December 4, 2013 AT 8:30 AM AT THE SAME ADDRESS.
ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, NOTICE SHOULD BE SENT TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. § 1328(a) and Notice of Hearing was this date served on the parties in the attached matrix by U.S. First Class mail.

Date: October 4, 2013

/s/Monte J. White
Attorney for Debtors

```
Label Matrix for local noticing        (p)21ST MORTGAGE CORPORATION        United States Trustee
0539-1                                  PO BOX 477                          1100 Commerce Street
Case 08-10431-rlj13                     KNOXVILLE TN 37901-0477             Room 976
Northern District of Texas                                                  Dallas, TX 75242-0996
Abilene
Fri Oct  4 11:55:27 CDT 2013

306 Federal Building                    21st Mortagage Corporation          ABILENE TEACHERS FEDERAL CREDIT UNION
1205 Texas Avenue                       PO Box 477                          ATTN: GREGORY F PECK
Lubbock, TX 79401-4037                  Knoxville, TN 37901-0477            P O BOX 5706
                                                                            ABILENE, TX 79608-5706

Abilene Teachers Fcu                    Asset Acceptance Corp.              Bassel & Wilcox, PLLC
2801 North 6th                          PO Box 2036                         P O Box 11509
Abilene, TX 79603-7192                  Warren MI  48090-2036               Ft Worth, TX  76110-0509

Callahan County Tax A-C                 (p)CHRYSLER FINANCIAL               Citifinancial Retail S
100 W 4th Street, Ste 101               27777 INKSTER RD                    Po Box 499
Baird, TX 79504-5300                    FARMINGTON HILLS MI 48334-5326      Hanover, MD 21076-0499

Department of Veterans Affairs          East Bay Funding, LLC               Hendrick Medical Center
PO Box 530269                           CO Resurgent Capital Services       Collection Department
Atlanta, GA 30353-0269                  PO Box 288                          1900 Pine Street
                                        GREENVILLE, SC 29602-0288           Abilene, Texas 79601-2432

(p)INTERNAL REVENUE SERVICE             Lowes - MBGA                        (p)MICHAEL REED OR LEE GORDON
CENTRALIZED INSOLVENCY OPERATIONS       Attention: Bankruptcy Department    PO BOX 1269
PO BOX 7346                             PO Box 103106                       ROUND ROCK TX 78680-1269
PHILADELPHIA PA 19101-7346              Roswell, GA 30076-9106

Monte J. White & Associates, P.C.       PRA Receivables Management, LLC     Roundup Funding, LLC
402 Cypress, Suite 310                  As Agent Of Portfolio Recovery Assocs. MS 550
Abilene, TX 79601-5151                  CO Tractor Suppy                    PO Box 91121
                                        POB 41067                           Seattle, WA 98111-9221
                                        NORFOLK VA 23541-1067

Service Bureau Inc                      Tract-cbsd                          West Central Tx Coll B
2705 81st St                            Po Box 6497                         Po Box 2586
Lubbock, TX 79423-2229                  Sioux Falls, SD 57117-6497          Abilene, TX 79604-2586

Larry Reed Lewis                        Russell Blair Sitler                Sheila Jane Sitler
Monte J. White & Associates, P.C.       6990 CR 223                         6990 CR 223
402 Cypress, Suite 310                  Clyde, TX 79510-6512                Clyde, TX 79510-6512
Abilene, TX 79601-5151

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| 21st Mortgage Corporation<br>P.O. Box 477<br>Knoxville, TN 37901 | (d)21st Mortgage Corp<br>Pob 477<br>Knoxville, TN 37902 | Chrysler Financial<br>5225 Crooks Rd Ste 140<br>Troy, MI 48098 |
| (d)DaimlerChrysler Financial Services America<br>PO Box 860<br>Roanoke, TX 76262 | IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX 75242 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Michael Reed<br>McCreary Veselka, Bragg & Allen P.C.<br>PO Box 26990<br>Austin, TX 78755-0990 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Asset Acceptance LLC<br>PO BOX 2036<br>Warren, MI 48090-2036 | (u)DaimlerChrysler Financial Services America | (d)East Bay Funding, LLC<br>CO Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 |

End of Label Matrix
Mailable recipients 27
Bypassed recipients 3
Total 30